# LEE LITIGATION GROUP, PLLC

30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

Writer's Direct:   (212) 661-1008
                   anne@leelitigation.com

July 25, 2017

**VIA ECF**

The Honorable Roanne L. Mann, U.S.M.J
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

            Re:   *Diaz v. Elite Café Inc., et al.*
                  Case No. 17-cv-0192

Dear Judge Mann:

      We are counsel to Plaintiff. Pursuant to Your Honor's instructions during the July 18, 2017 teleconference, we write to confirm that the settlement agreement has been modified to correct the allocation, and has been executed by the parties. Attached hereto as **Exhibit A** please find the Stipulation of Dismissal.

      We thank Your Honor for considering this matter.

Respectfully submitted,

___*/s/ Anne Seelig*___
Anne Seelig, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

LUIS DIAZ, et al,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

                        Plaintiffs,

-against-

ELITE CAFÉ INC., et al,

                        Defendants.

Case No.: 17-CV-0192

---

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed against Defendants, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party.

*For the Defendants:*

By: /s/
Lawrence Morrison, Esq.
The Morrison Law Offices, P.C.
287 Spring Street
New York, New York 10013
Telephone: (212) 620-0938
Fax: (212) 390-5095
morrlaw@aol.com

Date: 7-25-17

*For the Plaintiff:*

By: _____ Anne Seelig
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 7/25/17

SO ORDERED

_____
U.S.M.J.

_____
Dated